UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-22736-CIV-SEITZ/O'SULLIVAN

ANTHONY CHIARENZA,

        Plaintiff,

v.

IBSG INTERNATIONAL, INC., *et al.*,

        Defendants.
_____/

## ORDER STRIKING AMENDED COMPLAINT

THIS MATTER is before the Court on the Plaintiff's Amended Complaint [DE-90]. A review of the Amended Complaint indicates that additional Plaintiffs and an additional Defendant have been added as parties. The Order Granting Motion to Dismiss [DE-82], which gave Plaintiff Chiarenza leave to file an amended complaint, noted that only Plaintiff Chiarenza's claims remained pending and did not grant Plaintiff leave to add additional parties. Furthermore, by agreement of the parties and Court order the deadline for joinder of additional parties was July 2, 2010. Because the Motion to Dismiss was pending at that time, Plaintiff was free to file an amended complaint that joined additional parties up until July 2, 2010. Plaintiff did not do so. Nor has Plaintiff sought leave of Court to join the additional parties. Accordingly, it is

ORDERED that Plaintiff's Amended Complaint [DE-90] is STRICKEN. Plaintiff Chiarenza shall file a second amended complaint, in compliance with this and earlier Court orders, by **October 14, 2010 at noon.**

DONE AND ORDERED in Miami, Florida, this 12th day of October, 2010.

                              PATRICIA A. SEITZ
                              UNITED STATES DISTRICT JUDGE

cc:    All counsel of record