UNITED STATES DISTRICT COURT
DISTRICT OF SOUTHERN FLORIDA
CASE NO. 09-22736-CIV-SEITZ/O'SULLIVAN

ANTHONY CHIARENZA,

    Plaintiff,

vs.

IBSG INTERNATIONAL, INC., et al,

    Defendants.                                         /

**PLAINTIFF'S COUNSEL'S RESPONSE TO THE COURT'S
ORDER TO SHOW CAUSE, DATED OCTOBER 12, 2010**

    Florida Liaison counsel for Plaintiff ANTHONY CHIARENZA in the above-captioned action, submits, on behalf of the Court-Appointed Plaintiff's Lead Counsel, the following Response to the Court's Order to Show Cause, dated October 12, 2010 (the "October 12, 2010 Order to Show Cause"), why sanctions should not be imposed for the failure of Plaintiff's Lead Counsel attorneys Eduard Korsinsky, Elizabeth Berney and Robert Lefkowitz to file motions for limited appearance pursuant to Local Rule 4 (B) of the Special Rules Governing the Admission and Practice of Attorneys.

    1.    I spoke with Elizabeth Berney, who has been handling the case on behalf of Lead Counsel, briefly on Tuesday of last week after forwarding her the Order to Show Cause, together with two other Orders in this case were published on the Southern District of Florida's Electronic Filing Service, and again earlier today. As an initial matter, Ms. Berney asked that the Court take into account the fact that neither Eduard Korsinsky nor Robert Lefkowitz have been actively

1

involved in this action since its transfer to the Southern District of Florida.

2. Elizabeth Berney also told me today that was out of the office all of last week and today, which I can confirm as Ms. Berney returned my voice mails to her office from her home. Ms. Berney asked me to file this Response on her behalf, and to advise the Court that as soon as she returns to her office later this week she will immediately file a motion for *pro hac vice* admission pursuant to Local Rule 4 (B).

3. Ms. Berney also requested that I make the following additional points on her behalf in response to the October 12, 2010 Order to Show Cause:

A. Her firm, and in particular Ms. Berney herself, Mr. Korsinsky and Mr. Lefkowitz were appointed by the District Court for the Southern District of New York as Lead Counsel for the Court-Appointed Lead Plaintiffs in what was then a putative Class Action, prior to this case having been transferred from the Southern District of New York to the Southern District of Florida. Since she has not yet had occasion to appear before this Court for any argument, appearance or trial, and the undersigned Florida Liaison Counsel having electronically filed all pleadings since the transfer of this case, Ms. Berney did not believe that a *pro hac vice* motion was necessary at this time.

B. In addition, to the best of Ms. Berney's recollection, she did not receive the Oct. 27, 2009 letter from the Court regarding applying for *pro hac vice* admission, which is referred to in the October 12 Order to Show Cause. Ms. Berney has not, however, had an opportunity to check the files, because she has been out of the office, but will review Lead Counsel's office files as soon as she returns..

WHEREFORE, Plaintiff's counsel respectfully requests that the Court not impose sanctions on any Lead Counsel in this case.

October 18, 2010

Respectfully submitted,

s/s Abraham Rappaport
ABRAHAM RAPPAPORT
Florida Bar No. 163211
The Law Office of Abraham Rappaport
3774 N.W. 3rd Avenue
Boca Raton, FL 33431
Tel.: (561) 368-9252
Fax: (561) 447-9480
Email: Rapplaw@yahoo.com

*Florida Liaison Counsel for Lead Plaintiff*

– and –

**LEVI & KORSINSKY, LLP**
Elizabeth Berney, Esq. (EB-9781)
30 Broad Street – 15th Floor
New York, New York 10004
T. (212) 363-7500
F. (212) 363-7171

*Lead Counsel, Attorneys for Lead Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **Plaintiff's Counsel's Response to the Court's Order to Show Cause, Dated October 12, 2010** was filed electronically by using the CM/ECF system and has been furnished using the same this 18th day of October 10, 2010 to those parties and attorneys listed in the electronic service matrix associated with this matter.

**s/s Abraham Rappaport**
**ABRAHAM RAPPAPORT**